OCTOBER 5, 1976

No. 76–484. McCARTHY ET AL. *v.* CARTER ET AL.; and McCARTHY *v.* FEDERAL COMMUNICATIONS COMMISSION. Petition for certiorari before judgment to C. A. D. C. Cir. denied.

OCTOBER 6, 1976

No. 75–1894. UNITED MINE WORKERS OF AMERICA ET AL. *v.* WINDSOR POWER HOUSE COAL Co. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 60.

No. A–269. FIRST NATIONAL BANK OF BOSTON ET AL. *v.* BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS. Sup. Ct. Jud. Mass. Application for stay, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

OCTOBER 12, 1976

No. 75–1572. APACHE COUNTY ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. Ariz.

No. 75–1911. AHEARN ET AL. *v.* DI GRAZIA, POLICE COMMISSIONER OF BOSTON. Affirmed on appeal from D. C. Mass.

No. 76–224. SILVERMAN, ADMINISTRATOR, ET AL. *v.* BROWNING ET AL. Affirmed on appeal from D. C. Conn. MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.